and I believe we have everyone is on zoom so we will start with the petitioner and please state your name and appearance for the record and tell me if you want to reserve any time for rebuttal good morning good morning and may it please the court my name is Elizabeth Rodriguez appearing for petitioner Ossian Flores I would like to save two minutes for rebuttal go ahead in this case we argue argue the agency was wrong in denying the motion to continue his filing deadlines the law states for example in Barnes v. INS there was there has to be I'm sorry a case-by-case basis according to the facts of each case second we also argue that by denying petitioner his motion his due process rights were also violated as he was deprived of his ability to fully present his case and also in that the board and the immigration judge below failed to properly provide a reasoned explanation of its actions as indicated is necessary let me focus you so that since you don't have a lot of time let me tell you the questions that I have so that you can incorporate it in it seems that mr. Flores received multiple continuances the IJ explicitly warned him that this would be this could result in mr. Flores failed to meet set deadlines that the final request for a continuance was filed on the deadline and was essentially a pro forma motion there was nothing included saying they just said well we have more documents and it looks like all of this probably started in October of 2017 and it ended in maybe July of 2018 so and nowhere do I even know at this point what documents he would have put forth so why don't you why don't you tell me about yes your honor as to the continuance this was actually his first continuance of filing deadlines the previous two continuances requested for for extensions I'm sorry resets of the master calendar hearings I well okay but it's a situation your October 24 17 first hearing he moved to continue to retain counsel January 18 18 second hearing counsel moved to continue due to his surgery that was granted 3 8 18 third hearing counsel moved to continue the court denied and counsel failed to appear then 419 18 fourth hearing counsel moved to continue to allow more time to file the application 713 18 counsel moved to continue to allow more time to file applications that was denied so when you at your operating rather loosely when you say there was only one continuance yes your honor and that goes also to my next point that in those motions counsel did specify what dates he was available for example on the second motion he did state he was available I think for the 15th I believe the hearing was in August again on both motions he did indicate what dates he was available and that was ignored I think that could have been remedied by a simple call from the immigration judge clerk to clear dates but again that was ignored and just whatever date well courts not like making a hair appointment you don't call and just say hey I can come in on this day I mean that it's not that these are busy parts I understand that your honor however we are talking about a hearing on the 8th and then one of the dates that he was available was on the 15th this council does have multiple hearings he is known by by the courts he has been in practice for over 20 years did he ever even file an application was the record well but was that after yes all right so in that period of time what were the documents there was it was a pro forma motion didn't even say what the documents were I understand that however your honor there are different factors that have to be considered with the motions for continuance under the case keep sorry if I'm mispronouncing we Casey the court took its time to delineate the factors that need to be considered for example one of them is the importance of evidence there wins unreasonableness of immigrants conduct inconvenience of the court and the number of continuances previously granted the continuance requested for the filing of the applications was 30 days it would not have changed the individual court hearing it would have remained the same so we argue that the inconvenience of the court for example would not have been high we do not believe it was unreasonable for 30 days to be requested and again at least as to filing deadlines this was his first continuance but yes I do understand there was previous continuances as to the master but can't but counsel I don't see anywhere in the record that he explained why it was he couldn't comply with filing the documents and what in particular the documents were that he was going to file where in the record is that and I believe both the immigration judge and the BIA made that observation so can you point to somewhere in the record where that is unfortunately I cannot your honor I do agree there wasn't anywhere specifically where counsel stated what documents exactly were being requested I know there is some mention of him having difficulty because initially he was detained so really that is the extent of what is in the record however again there had to have been some balance of the equities here the prejudice to the petitioner was very high he was a legal permanent resident since 2006 you know he had he has multiple family ties US citizen wife children and also even his parents were in Canada although it is a different set of facts for example it states that the alien need not explain exactly would be that what would be the exact evidence presented but that there is in inference of prejudice where there is an absence of any specific allegation I do understand again it's a different set of admittedly that's he is an LPR and but apparently he had a he's got this 273.5 which inflicting corporal injury against the mother of his child and he's going for cancellation of removal is there any way he can is it do you have you know is there any way you can tell me that he's gonna be able to be able to show good character or that this this conviction doesn't knock him out of it you know so I mean you know we it's I realize that you know we we peek under the covers in the sense that obviously if someone really has a good if they're really gonna get relief and that but he's never he there's indications he has no relief available to him that that's going to be defeated he was given numerous convictions that I'm just trying to what are we doing unfortunately I am NOT gonna argue that the law isn't against him at that point I would however state for example under a recent report distance decisions and I think it's bestie to be or not this however that's not before the court but I would just note it for the record busty to be and on this I believe it is which again different set of facts it has to do with a criminal case I would note that the notice to appear is defective in this case so I do believe the that DHS would have to reissue that NTA because there has been some sort of maybe not jurisdictional but some due process issues there that we would explore and with that I would like to save my last okay with thank you all right we'll hear from the government good morning good morning Virginia alum for the United denial to remand or reopen based on Flores's failure to reasonably explain why he couldn't file his application for relief is an abuse of discretion where the immigration judge properly deemed his claimed abandoned for ignoring his specific instructions ordering him to file relief on a date specified that that petitioner had actually chosen your well let me ask you this okay if just to the chase it is abuse of discretion unless there's an error of law and I think I believe what they're the allegation is that the quay factors were not adequately covered so if there were an error of law then that takes it out of abuse of discretion so can you address whether quay was adequately addressed and what was done on that your honor we had to do with a motion for one of the factors is how many continuances there were petitioner erroneously suggested was just one continuance but as you know the record indicates petitioner was granted several and on one of them when he was denied a continuance he sent in his associate and as a trial hearing transcript indicates that that associate knew nothing about the case and petitioner himself had another free continuance because it forced the judge to set another hearing date and that is all in the record so that is another factor but we must the issue is really petitioner was on notice that these documents were due including the application which is his application for relief your honor petitioner asked for 90 days he waited for till the 90th day and he submitted a motion and this is an experienced attorney as petitioner points out he states my in the individual hearing date is scheduled for December 17th all these cases respondents needs additional time to obtain supporting documents there will be ample time for preparation by opposing counsel there will be no let me let me stop you and take you back to the to the the fourth key factor the number of continuances previously granted I'm looking at the IJs decision and that decision doesn't it doesn't it doesn't talk about as far as I can see the the number of prior continuances or am I wrong about that but normally the court would grant such such motions and and focuses on this failure to identify what documents Mr. Flores was waiting for correct I'd like I'd really like to hear your just direct answer to my colleagues question which where the immigration judge marches through each of the four key factors because I don't I don't see it your honor he's not really required to get that far the immigration judge is only able to address what is in front of him at that point he has not even had an application for relief in front of him although petitioner designated he was going to seek cancellation of removal and and the judge told him specifically that you must file your application for that and the deadline or your claim will be abandoned why can't so why why why was the judge unable to discuss for instance the inconvenience to the to the court why is that dependent upon the application because your honor until the court receives the application at this point the court doesn't really know although he's indicated he's going to file for cancellation we've never seen an application we don't know how big his record is going to be this could be a case which with a thousand pages in it what a petitioner was it clear to the court at at at the point of the denial of continuance that the government wasn't objecting to the continuance the government did not object that's correct your honor but again the government had nothing to base an objection on because there had been no documents for application put forth so we submit your honor abandonment was was clear and and proper section 8 CFR 100 3.3 1 filing deadlines immigration may set and extend time limits for filing of applications and related documents and responses if any if an application or document is not within the time set by the immigration judge the opportunity to file that application or document shall be deemed way and in the transcript your honor at that hearing where mr. Flores was there and the same attorney who is representing him now was there these I quote mr. Flores I've ordered you must file all of your relief applications supporting documents and anything and you want the court to consider by July 31st 2018 you must also comply with the written instructions for fingerprints by that date those instructions are in the piece of paper in front of you they're in English if you need an interpreter you may hire one you not your attorney and not anybody else but you have the ultimate and personal responsibility to abide by the deadlines that the court sets and they mean that you have to contact your attorney by phone letter mail or visit to ensure that deadlines are complied with failure to comply with these instructions or failure to file your relief applications means you have abandoned your relief application the court will not consider anything that is not timely file and then it schedules a hearing but your honor the judge in his decision denying the motion specifically said normally I would grant such motions if properly presented in this case respondents failed to identify what document or documents he was waiting for what efforts he even made and why is he unable to get such and most importantly why wouldn't he file at least the application so we know what relief he's seeking and all available available documentary evidence instead I quote all he states is respondents needs additional time to obtain a supporting document there will be ample time for preparation by opposing counsel he doesn't know that there will be no hardships or restraints on the court he doesn't know that the court hasn't seen what he's gonna assert and this court has recognized that your honor in several cases the Sonata soccer case 963 f-second 379 hell no abuse denying a this the record of appearance signed the petitioner stated if I don't file my application by then claim relief will be considered abandoned an appropriate order may be immediately entered without further notice notice and this court found they agreed there the petitioner also tried a motion to reopen and snuck his application in that way and they and he tried a due process argument and the explicit notice under the regulations and the judge again if he had something to to go on but basically he had nothing in front of him let me ask you this let me ask you this I know zoom makes it a little bit hard but is there is there an cancellation of removal application on file now I can't answer that your honor I mean it was before the it was he put it in his motion to reopen to remand reopen and I don't believe it is there because it was denied you know the board denied the the appeal so what is there if you talk about prejudice to mr. Flores what it what was it likely he would have prevailed on the merits of his application I was mentioning to counsel for mr. Flores that he seemed to have a problem with the criminal conviction he does have a domestic violence conviction however your honor I don't believe it is an aggravated felony but I am I am reluctant to submit that but again we know nothing about what he would what his application would state what he would rely on and you know all the facts we have nothing and that's what we've been asking for and as you know your honor this case has been on the books for years and we had an experienced attorney representing him and the petitioner himself was told these specific instructions and if you don't do this you'll it will be abandoned and he said do you understand and he said yes your honor council what do we do with the it seems to me that the record did show that this was a sort of a boilerplate motion to continue that immigration judges routinely grant what are we to do with that well your honor the motion is in front of the court as I read it's like three lines and it says I need documents but I think in I think in the petitioners brief they point out that this very experienced counsel had filed numerous motions to continue using the same format and substance of this motion and had essentially never been denied it sounded like at least so what are we to make of that there seems to be a reliance on that sort of motion well your honor I can't speak for the the court courts actions but I will say for example when the government seeks a motion to extend time we take this very seriously for example you've probably seen motions from me if I cannot meet my brief deadline I lay out exactly why I list every single case I'm working on what oral arguments I have I would suggest that petitioner be careful in the future when he does seek motions and not just submit a bare-bones thing and and just announce to the I I'm actually embarrassed that I would be announcing to the court that I've had 20 years experience and submit something like this because it does not reflect the reasons why he was unable to at least put an application in thank you I see my time is up your honor thank you so much anyone have any additional questions okay no so we'll go back to rebuttal you have a minute basically yes your honor so I would just note that on page 37 is the application for petitioner if the court would like to filed what was that filed it's in the documents and in the in the record your honor it doesn't have a filing stamp I don't believe so I can't tell to be honest when exactly it was filed however it looks like it was signed on October 12 2018 I would reiterate that the key factors were not at all discussed in you have a case that specifically says that you have to go one two three four do you have a case that says or can we look at basically the entire record here from that I don't I couldn't find a case that specifically said if you don't it's sort of like a Miranda warning if you don't say you have a right to have an attorney oops I couldn't find anything well your honor I would note that there are several cases where these same factors are discussed for example in matter of Hashimi you know Ahmed beholder all of these discuss these factors for the court to be able to discuss I believe there is well I'm not gonna mention because I don't remember the case to be honest but there is one where the court does specifically note that the kui factors were not discussed in denying the petitioners motion I would also briefly note that the case is relied on by respondents were are where there were continuances for three plus times or where there were no motion at all filed for example I believe it was tag are one of the cases I'm sorry I think my time is up all right thank you for your argument this matter will stand submitted
judges: CALLAHAN, THOMAS, Humetewa